# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WHITE CASTLE LUMBER &
SHINGLE COMPANY, L.L.C. AND
JEANERETTE LUMBER & SHINGLE
CO., L.L.C.

VERSUS

SOUTHERN NATURAL GAS CO.,
L.L.C.

NO.   2020 CW 0038

**MAY 1 2 2020**

In Re:   Southern Natural Gas Company, L.L.C., applying for
supervisory writs, 23rd Judicial District Court,
Parish of Assumption, No. 36911.

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JEW**
**GH**

**McClendon, J.,** concurs and would deny the writ on the
showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
      FOR THE COURT